United States District Court
for the
District of Maryland

12-2-13

[signature]

United States of America          [CASE # WDQ-10-0770]

-vs-

German Ventura

"Notice of Appeal"

RECEIVED
2013 DEC -5 AM 10:34
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Comes Now GERMAN Ventura Defendant in Above Captioned case; Presenting An Official Request to Leave of Appeal on the Judgement And Committment. Again it was Brought to my Attention that I only have 14 days to file Notice of my intent to Appeal.

Therefore I Respectfully request That This Timely Served Notice hereby Officially informs the court of my intent to Appeal All Any Judgements handed Down in The Above --- Captioned case, in Addendum to my notice Appeal.

The Defendant Also would request That An Attorney Be Assinged To Represent my

o plea of Relief to the courts As I Am indengent And incapable of proffering the cost of legal Representation. praying in Advance that the court will honor And order me the Relief Sought in Question!

Respectfully Submitted.

*[signature]*

12-2-13

German Newtown F10530
Maryland correctional Adjusment center
401 East Madison street
Baltimore, Md 21202

Clerk office
Patricia S. Connor
United States Court of Appeals
For the Fourth Circuit
Lewis F. Powell JR. United states courthouse Annex
1100 East Main street, Suite 501
Richmond, Virginia 23219-3517